Eastern District of Kentucky
**FILED**

AUG -5 2014

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

| | | |
|---|---|---|
| **NICHOLAS PACHKO,** | : | Case No. 2:13-CV-00128 |
| Plaintiff, | : | |
| v. | : | (JUDGE BERTELSMAN) |
| **WILD FLAVORS, INC.,** | : | |
| Defendant. | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all parties stipulate and agree that this action and all claims asserted herein, are hereby dismissed, with prejudice, with each party to bear its own costs.

STIPULATED AND AGREED:

/s/ Jon B. Allison (*per permission*)
Randolph H. Freking (23509)
Jon B. Allison (*pro hac vice*)
Freking & Betz, LLC
**Attorneys for Plaintiff**
525 Vine Street, Sixth Floor
Cincinnati, OH 45202
Phone: (513) 721-1975
Fax: (513) 651-2570
randy@frekingandbetz.com
jallison@frekingandbetz.com

/s/ Kasey L. Bond
Kasey L. Bond (92235)
Keating Muething & Klekamp PLL
**Attorney for Defendant**
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6491
Fax: (513) 579-6457
kbond@kmklaw.com

5585705.1

_William O. Bertelsman_
WILLIAM O. BERTELSMAN, JUDGE  8/5/2014